

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2016

No. 04-16-00112-CR

Joshua **SANCHEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5385
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file their brief is granted. The appellant's brief is due on May 26, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2016.

Keith E. Hottle
Clerk of Court